JOSEPH ROBERTS, ET ALS., PLAINTIFFS-RESPONDENTS, v. GEO. M. BREWSTER & SON, INC., DEFENDANT-PETITIONER.

See same case below: 13 *N. J. Super.* 462.

*Mr. George P. Moser,* for the petitioner.

*Mr. J. Edward Bennett* and *Mr. William George,* for the respondents.

September 10, 1951.   Denied.

IN THE MATTER OF THE APPLICATION OF DAVID TIERSON GRAHAM FOR A WRIT OF HABEAS CORPUS.

See same case below: 13 *N. J. Super.* 449.

*Mr. Robert E. Dietz,* for the petitioner.

*Mr. Theodore D. Parsons, Mr. Mario H. Volpe* and *Mr. Eugene T. Urbaniak,* for the respondent.

September 10, 1951.   Denied.